**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**BILLY HARDEN**                                                                               **PLAINTIFF**

**v.**                        **NO. 4:01CV704 GTE
4:06CV00236 GH**

**AMERICAN EXPRESS FINANCIAL
CORPORATION d/b/a AMERICAN
EXPRESS FINANCIAL ADVISORS,
AMERICAN EXPRESS FINANCIAL
CORPORATION (AEFA) LONG TERM
DISABILITY PLAN; METROPOLITAN
LIFE INSURANCE COMPANY**                            **DEFENDANTS**

## **ORDER**

Presently before the Court is the Plaintiff's Motion to Consolidate, seeking to consolidate this case with a related case filed by Plaintiff Billy Harden, 4:06CV00236-GH. The action presently before this Court, 4:01CV00704 GTE involves an ERISA action that was administratively terminated upon remand back to the claims administrator for administrative review. The recently filed case, 4:06CV00236 GH, is in fact a continuation or refiling of the above-captioned case. Under the circumstances the Court will treat the Plaintiff's Motion to Consolidate as a Notice of Related Case. After consideration, the Court concludes that 4:06CV00236 should be assigned directly to the undersigned judge, which handled the prior case, as a related case.

Pursuant to General Order No. 39(b)(5), this Court concludes that the assignment of the above-styled case 4:06CV00236 GH directly to the undersigned judge will result in a significant savings of judicial resources. However, the Court does not believe that it is necessary to reopen

- 2 -

4:01CV00704 GTE and consolidate the two cases.  Accordingly, the Court hereby directs that Case No. 4:06CV00236 GH be reassigned to the undersigned judge forthwith by chip exchange.

IT IS SO ORDERED this 23rd day of August, 2006.


       _/s/ Garnett Thomas Eisele_____
       UNITED STATES DISTRICT JUDGE